UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

CASE NO.: 14-05999-5-SWH
CHAPTER 13

IN RE:
KING D RIVES
MARYDEL H RIVES
6213 REMINGTON LAKE DR.
RALEIGH, NC 27616

DEBTORS

### TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan and moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

1. The Debtors are delinquent in the amount of $6,624.00 or 3.88 payments.

2. The Debtors have made no payments to the Trustee since the filing of the Petition.

3. Upon information and belief the Debtors have failed to file federal and/or state tax returns for the following year(s): 2013

4. The Debtors have not provided a copy of the most recently filed federal and/or state tax return.

5. The Debtors have not provided paystubs or Affidavit(s) of Self-Employment to the Trustee.

6. The Debtors have not provided bank statements to the Trustee.

7. The Debtor's have failed to provide a copy of the 401-k statement to the Trustee.

Based upon the foregoing, **and such other cause as may become apparent or arise between the date of this Motion and the date of any hearing hereon, of which the Trustee will advise counsel prior to the hearing, there is cause to dismiss this case under §1307(c).**

**The Debtors are hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Court within **twenty-one (21) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: March 03, 2015

*/s/ John F. Logan*
JOHN F. LOGAN
NC BAR NO. 12473
CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355

<u>**CERTIFICATION OF SERVICE**</u>

    This is to certify that a copy of the foregoing Trustee's Objection To Confirmation And Motion To Dismiss was served on the Debtors and the Attorney for the Debtors at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED:  March 03, 2015

                                                  */s/Pam Cason*
                                                Case Adminstrator

**COPIES FURNISHED TO:**

<u>DEBTORS</u>
KING D RIVES
MARYDEL H RIVES
6213 REMINGTON LAKE DR.
RALEIGH,  NC  27616

<u>ATTORNEY FOR DEBTORS</u>
MICHAEL W. HOPPER, ESQ.
HOPPER & MULLIGAN, PLLC
3737 GLENWOOD AVE., STE. 270
RALEIGH,  NC  27612